**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2003**

HENRI JEAN-BAPTISTE,

Plaintiff - Appellant,

v.

SAXON MORTGAGE SERVICES, INC.; MERITECH MORTGAGE SERVICES, INC.; DEUTSCHE BANK TRUST COMPANY; STONE TITLE; JOHN BURSON, Esquire,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Catherine C. Blake, District Judge. (8:13-cv-02829-CCB)

Submitted: January 23, 2019                     Decided: February 11, 2019

Before WILKINSON, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Henri Jean-Baptiste, Appellant Pro Se. Jamar Raphael Brown, Gerard J. Gaeng, ROSENBERG, MARTIN & GREENBERG, LLP, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henri Jean-Baptiste appeals the district court's order marginal order denying his Fed. R. Civ. P. 60(b)(6) motion to reopen his lawsuit challenging the foreclosure on his residential property. After removal to federal court, Jean-Baptiste's lawsuit was remanded to state court in January 2015 for lack of subject matter jurisdiction. The district court's remand order is not reviewable on appeal. *See* 28 U.S.C. § 1447(c), (d) (2012). We therefore affirm the marginal order denying the motion to reopen. *See Jean-Baptiste v. Saxon Mortgage Services, Inc.*, No. 8:13-cv-02829-CCB (D. Md., filed Aug. 17, 2018 & entered Aug. 20, 2018). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*